ACCEPTED
03-13-00605-CV
3900325
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 2:52:28 PM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 2:52:28 PM
JEFFREY D. KYLE
Clerk

Melissa A. Lorber
Direct 512.615.1205
mlorber@enochkever.com

January 26, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   Case No. 03-13-00605-CV*; Kenneth G. Martin and Karken Corporation v. Barry Beitler; Bab8, L.L.C.; Living Architecture and Construction Management, Inc.; and Marley Porter*, in the Third Court of Appeals.

Dear Mr. Kyle:

In response to your letter dated January 5, 2015, please be advised that Melissa A. Lorber will present oral argument on behalf of Appellants Kenneth G. Martin and Karken Corporation in the above-referenced cause on January 28, 2015.

Sincerely,

 /s/*Melissa A. Lorber*
Melissa A. Lorber

cc:   Michael Smith

ENOCH KEVER PLLC    600 Congress Avenue, Suite 2800    p: 512.615.1200    enochkever.com
Austin, Texas 78701    f: 512.615.1198